United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Joel A Brickler<br>Teri A Brickler<br>    Debtors | Case No. 25-03080-MJC<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Dec 19, 2025      Form ID: ntcnfhrg      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joel A Brickler, Teri A Brickler, 411 2nd Street, Olyphant, PA 18447-1217 |
| 5753774 | + | Webbank/Onemain/Fis, PO Box 3316, Evansville, IN 47732-3316 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2025 18:42:46 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5753758 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 19 2025 18:42:33 | Ally Credit Card, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 5753760 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2025 18:42:45 | CAP1/KOHLS DEPARTMENT STORE, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 5753759 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2025 18:42:32 | Cap1/ Kohls Dept Store, N56 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 5753761 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2025 18:42:39 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5753762 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2025 18:42:45 | Capital One Bank USA NA, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 5758237 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2025 18:42:46 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5753763 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 19 2025 18:42:33 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5753764 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 19 2025 18:38:00 | Dept Of education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5753765 | + | Email/Text: mrdiscen@discover.com | Dec 19 2025 18:38:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5753766 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 19 2025 18:38:00 | FEB Destiny, PO BOx 4499, Beaverton, OR 97076-4499 |
| 5753768 | + | Email/Text: EBNBKNOT@ford.com | Dec 19 2025 18:38:00 | Ford Motor Credit, P.O. Box 54200, Omaha, NE 68154-8000 |
| 5753767 | + | Email/Text: EBNBKNOT@ford.com | Dec 19 2025 18:38:00 | Ford Motor Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 5755686 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2025 18:42:32 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5756041 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2025 18:42:46 | Ford Motor Credit Company LLC c/o AIS |

| | | | | |
|---|---|---|---|---|
| | | | | Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5764907 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 19 2025 18:38:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5756699 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 19 2025 18:42:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5753769 | | Email/Text: camanagement@mtb.com | Dec 19 2025 18:38:00 | M&T Bank, P.O. Box 1056, Buffalo, NY 14240-1056 |
| 5758987 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 19 2025 18:42:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5753770 | | Email/Text: ml-ebn@missionlane.com | Dec 19 2025 18:38:00 | Mission Lane Tab Bank, P.O. Box 105286, Atlanta, GA 30348 |
| 5766015 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 19 2025 18:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5753771 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 19 2025 18:38:00 | Nissan -Infinite LT, 8900 Freeport Pkwy, Irving, TX 75063-2409 |
| 5756879 | + | Email/PDF: cbp@omf.com | Dec 19 2025 18:42:38 | ONEMAIN FINANCIAL, PO BOX 981037, BOSTON, MA 02298-1037 |
| 5753772 | + | Email/Text: bncnotifications@pheaa.org | Dec 19 2025 18:38:00 | PHEAA/ AES/NCT, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5766865 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 19 2025 18:42:40 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5753773 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2025 18:42:39 | SYNCB/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 5757793 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 19 2025 18:38:00 | U.S Department of Education c/o Nelnet, 121 South 13th Street, LINCOLN, NE 68508-1904 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2025 at the address(es) listed below:

**Name**                           **Email Address**

Jack N Zaharopoulos

ecf_pahu_alt@trustee13.com

Matthew K. Fissel

on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com wbecf@brockandscott.com

Timothy B. Fisher, II

on behalf of Debtor 2 Teri A Brickler donna.kau@pocono-lawyers.com

Timothy B. Fisher, II

on behalf of Debtor 1 Joel A Brickler donna.kau@pocono-lawyers.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joel A Brickler,
aka Joel Adam Brickler, aka Joel Brickler,

    **Debtor 1**

Teri A Brickler,
aka Teri Ann Brickler, aka Teri Brickler,

    **Debtor 2**

Chapter 13

Case No. 5:25−bk−03080−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 15, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 22, 2026<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 19, 2025 |

ntcnfhrg (08/21)