IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOEL A. BRICKLER | : | |
| TERI A. BRICKLER | : | |
|     Debtor | : | |
| | : | CASE NO. 5:25-bk-03080 MJC |
| JOEL A. BRICKLER | : | |
| TERI A. BRICKLER | : | |
| | : | |
|     Movant | : | |
| Vs. | : | |
| JACK N. ZAHAROPOULOS | : | |
| Chapter 13 Trustee | : | |
|     Respondent | : | |

## CERTIFICATION OF NO OBJECTION TO MOTION
## TO INCUR DEBT/OBTAIN CREDIT

    I, Timothy B. Fisher, II, Esquire, counsel for Joel A. Brickler and Teri A. Brickler ("Movants"), hereby certify that no answer, objection, or other response to the Motion of Movant to Incur Debt/Obtain Credit filed at Document #23 and served on the Trustee and all interested parties, has been filed with the Court.

    WHEREFORE, Movant prays this Honorable Court to grant the relief requested in the Motion Incur Debt/Obtain Credit.

DATE: January 21, 2026                Respectfully submitted,

                                                  /s/ Timothy B. Fisher, II
                                                  Timothy B. Fisher, II
                                                  Attorney for Debtor
                                                  Attorney ID #85800
                                                  FISHER & FISHER LAW OFFICES, LLC
                                                  P.O. Box 396
                                                  Gouldsboro, PA 18424