<p style="text-align:center">**United States Bankruptcy Court**
**Middle District of Pennsylvania**</p>

| In | **Joel A Brickler** | | Case | |
|---|---|---|---|---|
| re | **Teri A Brickler** | | No. | **5:25-bk-03080** |
| | | Debtor(s) | Chapter | **13** |

<p style="text-align:center">**CERTIFICATE OF SERVICE**</p>

I hereby certify that on March 20, 2026, a copy of **Order Confirming Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**ALL PARTIES ON ATTACHED**
**EXHIBIT "A"**

<div style="margin-left:50%">

/s/ Timothy B. Fisher, II

**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753Fax:570-842-8979**
**donna.kau@pocono-lawyers.com**

</div>

Label Matrix for local noticing
0314-5
Case 5:25-bk-03080-MJC
Middle District of Pennsylvania
Wilkes-Barre
Fri Mar 20 13:23:07 EDT 2026

Ford Motor Credit Company LLC, c/o AIS Portf
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Credit Card
P.O. Box 9222
Old Bethpage, NY 11804-9222

CAP1/KOHLS DEPARTMENT STORE
PO BOX 31293
Salt Lake City, UT 84131-0293

Cap1/ Kohls Dept Store
N56 Ridgewood Drive
Menomonee Falls, WI 53051

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Capital One Bank USA NA
P.O. Box 31293
Salt Lake City, UT 84131-0293

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831-0405

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

Dept Of education/Nelnet
Po Box 82561
Lincoln, NE 68501-2561

Discover Bank
Po Box 30939
Salt Lake City, UT 84130-0939

FEB Destiny
PO BOx 4499
Beaverton, OR 97076-4499

Ford Motor Credit
P.O. Box 54200
Omaha, NE 68154-8000

Ford Motor Credit
P.O. Box 542000
Omaha, NE 68154-8000

Ford Motor Credit Company LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ford Motor Credit Company LLC c/o AIS Portfo
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LAKEVIEW LOAN SERVICING LLC
c/o M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

LEHIGH VALLEY HEALTH NETWORK
PO BOX 1123
MINNEAPOLIS, MN 55440-1123

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

Nissan -Infinite LT
8900 Freeport Pkwy
Irving, TX 75063-2409

Nissan-Infiniti LT LLC fka Nissan-Infiniti L
PO Box 9013
Addison, Texas 75001-9013

ONEMAIN FINANCIAL
PO BOX 981037
BOSTON, MA 02298-1037

PHEAA/ AES/NCT
PO Box 61047
Harrisburg, PA 17106-1047

Exhibit "A"

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SYNCB/Care Credit
Po Box 71757
Philadelphia, PA 19176-1757

U.S Department of Education c/o Nelnet
121 South 13th Street
LINCOLN, NE 68508-1911

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

Webbank/Onemain/Fis
PO Box 3316
Evansville, IN 47732-3316

(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Joel A Brickler
411 2nd Street
Olyphant, PA 18447-1217

Teri A Brickler
411 2nd Street
Olyphant, PA 18447-1217

Timothy B. Fisher II
Fisher and Fisher Law Offices
PO Box 396
525 Main Street
Gouldsboro, PA 18424-8838

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

M&T Bank
P.O. Box 1056
Buffalo, NY 14240-1056

Mission Lane Tab Bank
P.O. Box 105286
Atlanta, GA 30348

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LAKEVIEW LOAN SERVICING LLC

End of Label Matrix
Mailable recipients      38
Bypassed recipients       1
Total                    39